UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

DELIA OMSBERG,

Plaintiff,

vs.

CHAD DEWITT, CITY OF CUT
BANK AND DOES 1-10,

Defendant.

CV-19-53-GF-BMM-JTJ

ORDER

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS ORDERED:

1. The case remains assigned to the Honorable Brian Morris, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the Honorable John Johnston, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3.     The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 17th day of October, 2019.

Brian Morris
United States District Court Judge