IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| DELIA OMSBERG, | ) | CV-19-53-GF-BMM-JTJ |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD DeWITT; CITY OF CUT BANK; and DOES 1-10. | ) ) | |
| | ) | |
| Defendants. | ) ) | |

Plaintiff Delia Omsberg has filed an unopposed motion with this Court to dismiss Defendant Chad DeWitt with prejudice.

Wherefore IT IS HEREBY ORDERED that the motion is GRANTED. Defendant Chad DeWitt is DISMISSED with prejudice.

Dated this 22nd day of October, 2020.

Brian Morris, Chief District Judge
United States District Court